Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| CAROLYN L LANE | Case No. 2:19-06484-SHG |
| Debtor(s) | MOTION TO SET STATUS HEARING ON CONFIRMATION OF THE PLAN DKT: 54 DATE: 2/25/2021 |

Edward J. Maney, Chapter 13 Trustee (hereinafter the "Trustee"), hereby requests the Court set a status hearing on confirmation of debtor's Chapter 13 plan. Debtor's plan has been pending for some time with no movement towards confirmation. The Trustee believes that it would be in the best interest of all the parties for this court to set a status hearing on confirmation.

Wherefore, the Trustee requests the Court set a status hearing on confirmation of the plan.

Dated: See Electronic Signature

EDWARD J. MANEY
CHAPTER 13 TRUSTEE

By: _____
Edward J. Maney ABN 12256
Chapter 13 Trustee
101 North First Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 2:19-06484-SHG

Copies of the foregoing mailed on June 21, 2021 to:

Attorney for Debtor (s):
Thomas Adams Mcavity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780

Debtor (s):
CAROLYN L LANE
2014 S 157TH CT
GOODYEAR, AZ. 85338

'

By:_____
        Trustee's Clerk